**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| SHAMARIAH YEHUDAH, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Civil Action No. 25-1711 |
| v. | ) | Judge Nora Barry Fischer |
| | ) | Magistrate Judge Christopher B. Brown |
| CLIFFORD RUMBAUGH, | ) | |
| | ) | |
| Defendant. | ) | |

**ORDER OF COURT**

AND NOW, this 23rd day of September, 2026, upon consideration of the Report and Recommendation of United States Magistrate Judge Christopher B. Brown dated August 24, 2026, (Docket No. 10), recommending that Plaintiff Shamariah Yehudah's Complaint (Docket No. 8) be dismissed, without prejudice, for lack of subject matter jurisdiction, and ordering that, as Plaintiff is an unregistered ECF user, any objections were to be filed by September 10, 2026, and no objections having been filed by the date of this Order, and upon independent review of the record and de novo consideration of the Magistrate Judge's Report and Recommendation of August 24, 2026, (Docket No. 10), which is ADOPTED as the opinion of this Court,

IT IS HEREBY ORDERED that Plaintiff's Complaint (Docket No. 8) is DISMISSED, without prejudice, for lack of subject matter jurisdiction; and,

IT IS FURTHER ORDERED that an appropriate Judgment follows.

*s/ Nora Barry Fischer*
Nora Barry Fischer
Senior U.S. District Judge

cc/ecf: United States Magistrate Judge Christopher B. Brown
cc: Shamariah Yehudah
(via first class mail to address of record)